No. 833. TEXAS LAND & CATTLE CO. ET AL. *v.* FORT WORTH. Jurisdictional statement submitted April 13, 1935. Decided April 29, 1935. *Per Curiam:* The appeal herein is dismissed upon the ground that the judgment sought to be reviewed is joint and the record fails to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; *Capital National Bank* v. *Board of Supervisors,* 286 U. S. 550; *Fidelity Union Casualty Co.* v. *Hanson,* 287 U. S. 599; *Louisville & Nashville R. Co.* v. *Parker,* 287 U. S. 569; *Wagner Tug Boat Co.* v. *Meagher,* 287 U. S. 657; *Missouri State Life Ins. Co.* v. *Johnson,* 288 U. S. 609; *Morgenthau* v. *Stephens,* 294 U. S. 720. *Mr. U. M. Simon* for appellants. *Mr. R. E. Rouer* for appellee.